**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. NOEL L. HILLMAN |
| | : | |
| v. | : | Crim. No. 10-52 (NLH) |
| | : | |
| RICKY COLON | : | <u>DETENTION ORDER</u> |

This matter having come before the Court on the motion
of the United States by Paul J. Fishman, United States Attorney
for the District of New Jersey (Charlton A. Rugg, Assistant
United States Attorney, appearing), for an order detaining the
defendant RICKY COLON, (Chester Keller, AFPD, appearing) pending
sentence, pursuant to 18 U.S.C. § 3143(a)(1); and the defendant
having entered a plea of guilty to Count One of the Indictment,
Criminal Number 10-52, which charges him with conspiracy to
commit credit card fraud in violation of Title 18, United States
Code, Section 1029(b)(2); and the Court having found that the
defendant did not present clear and convincing evidence that he
is not likely to flee the jurisdiction:

IT IS on this ___ day of August, 2010

ORDERED that the Government's motion to detain the
defendant without bail pending sentencing is hereby GRANTED; and

IT IS FURTHER ORDERED that the defendant be committed
to the custody of the Attorney General or his authorized
representative, pending sentencing; and

IT IS FURTHER ORDERED, that the defendant be given a
reasonable opportunity for private consultation with counsel; and

IT IS FURTHER ORDERED, that upon Order of this or any other Court of the United States of competent jurisdiction, or upon the request of an attorney for the United States the defendant shall be delivered to a United States Marshal for appearances in connection with proceedings in this case.

So Ordered.

_____
HONORABLE NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE